```
Hamburg Municipal Authority
61 N. 3rd St.
Hamburg, PA 19526



Met-Ed
P.O. Box 16001
Reading, PA 19612-6001



T Mobile, by American Infosource
4515 N Santa Fe Ave
Oklahoma City, OK 73118
```