IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jacqueline E. Neider          : Chapter 13
             debtor                  : Case No. 19-10821

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH
11 U.S.C. SECTIONS 1325(a)(8) and 1325(a)(9)**

I/We hereby certify as follows in connection with the confirmation hearing in the above-referenced case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable federal, state, and local tax returns, as required by 11 U.S.C. Section 1308.

3. If the confirmation hearing date is postponed for any reason, and the information herein changes, I/We will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

Dated: 3/11/19                        By: Jacqueline E. Neider

Dated: _____                By: _____