# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 87043224
CHECK DATE: 12/21/2018
PERIOD START DATE: 12/09/2018
PERIOD END DATE: 12/15/2018

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 0.00 HOURS   SICK TIME AVAILABLE: N/A   PERSONAL TIME AVAILABLE: 0.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 32.25 | 16.90 | 545.03 | 21,572.96 |
|  |  |  | BONUS OT | 0.00 | 0.00 | 0.00 | 22.30 |
|  |  |  | SUNDAY STRAIGHT | 0.00 | 0.00 | 0.00 | 676.01 |
|  |  |  | SUNDAY OVERTIME | 0.00 | 0.00 | 0.00 | 133.09 |
|  |  |  | VACATION | 0.00 | 0.00 | 0.00 | 3,515.20 |
|  |  |  | SICK PAY | 0.00 | 0.00 | 0.00 | 540.80 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 135.20 |
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 811.20 |
|  |  |  | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 540.80 |
|  |  |  | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 8.00 |
|  |  |  | LUMP SUM 2 | 0.00 | 0.00 | 0.00 | 11.71 |
|  |  |  | LUMP SUM | 0.00 | 0.00 | 0.00 | 665.60 |
|  |  |  | LIGHT DUTY | 0.00 | 0.00 | 0.00 | 430.95 |
|  |  |  | SMIP BONUS | 0.00 | 0.00 | 0.00 | 688.17 |
|  |  |  | SUNDAY PRM 1.00 | 0.00 | 1.00 | 0.00 | 45.25 |

TOTAL HOURS & EARNINGS      32.25      545.03   29,797.24

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 29.78 | 1,642.97 |
| FEDERAL W/H TAX | 45.44 | 2,786.38 |
| FICA-HI | 6.96 | 384.24 |
| PENNSYLVANIA | 14.75 | 813.60 |
| PA UNEMPLOYMENT | 0.33 | 17.88 |
| HAMBURG BORO BE | 4.80 | 264.96 |
| TOTAL TAX | 102.06 | 5,910.03 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 2,695.86 |
| VOL DISAB INS | 17.32 | 1,220.76 |
| SPOUSE LIFE | 13.80 | 703.80 |
| OPT/LST TAX | 1.00 | 51.00 |
| EMEE PD ADD ML | 0.83 | 42.33 |
| ACCIDENT INS | 6.03 | 307.53 |
| CRTCL ILLNESS | 15.03 | 766.53 |
| UNIVERSAL LIFE | 42.84 | 2,107.00 |
| UNITED WAY FIX | 5.00 | 250.00 |

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 32.01 | 1,632.51 |
| DENTL EMP CTRIB | 6.04 | 308.04 |
| VISION PLAN | 1.61 | 82.11 |
| FSA-HEALTH CARE | 25.00 | 1,275.00 |

TOTAL PRE-TAX DEDUCTIONS      64.66   3,297.66

TOTAL MISC. DEDUCTIONS      154.71   8,144.81

## FEDERAL TAXABLE INCOME

480.37   26,499.58

## 401K COMPANY MATCH

0.00   0.00

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 545.03 | 64.66 | 102.06 | 154.71 | 223.60 | 223.60 |
| Y-T-D | 29,797.24 | 3,297.66 | 5,910.03 | 8,144.81 | 12,444.74 |  |

# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 87061546
CHECK DATE: 12/28/2018
PERIOD START DATE: 12/16/2018
PERIOD END DATE: 12/22/2018

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 0.00 HOURS    SICK TIME AVAILABLE: N/A    PERSONAL TIME AVAILABLE: 0.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 31.25 | 16.90 | 528.13 | 22,101.09 |
|  |  |  | BONUS OT | 0.00 | 0.00 | 0.00 | 22.30 |
|  |  |  | SUNDAY STRAIGHT | 0.00 | 0.00 | 0.00 | 676.01 |
|  |  |  | SUNDAY OVERTIME | 0.00 | 0.00 | 0.00 | 133.09 |
|  |  |  | VACATION | 0.00 | 0.00 | 0.00 | 3,515.20 |
|  |  |  | SICK PAY | 0.00 | 0.00 | 0.00 | 540.80 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 135.20 |
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 811.20 |
|  |  |  | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 540.80 |
|  |  |  | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 8.00 |
|  |  |  | LUMP SUM 2 | 0.00 | 0.00 | 0.00 | 11.71 |
|  |  |  | LUMP SUM | 0.00 | 0.00 | 0.00 | 665.60 |
|  |  |  | LIGHT DUTY | 0.00 | 0.00 | 0.00 | 430.95 |
|  |  |  | SMIP BONUS | 0.00 | 0.00 | 0.00 | 688.17 |
|  |  |  | SUNDAY PRM 1.00 | 0.00 | 1.00 | 0.00 | 45.25 |

| TOTAL HOURS & EARNINGS |  |  | 31.25 |  | 528.13 | 30,325.37 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 28.74 | 1,671.71 |
| FEDERAL W/H TAX | 43.41 | 2,829.79 |
| FICA-HI | 6.72 | 390.96 |
| PENNSYLVANIA | 14.23 | 827.83 |
| PA UNEMPLOYMENT | 0.32 | 18.20 |
| HAMBURG BORO BE | 4.63 | 269.59 |
| TOTAL TAX | 98.05 | 6,008.08 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 2,748.72 |
| VOL DISAB INS | 17.32 | 1,238.08 |
| SPOUSE LIFE | 13.80 | 717.60 |
| OPT/LST TAX | 1.00 | 52.00 |
| EMEE PD ADD ML | 0.83 | 43.16 |
| ACCIDENT INS | 6.03 | 313.56 |
| CRTCL ILLNESS | 15.03 | 781.56 |
| UNIVERSAL LIFE | 42.84 | 2,149.84 |
| UNITED WAY FIX | 5.00 | 255.00 |

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 32.01 | 1,664.52 |
| DENTL EMP CTRIB | 6.04 | 314.08 |
| VISION PLAN | 1.61 | 83.72 |
| FSA-HEALTH CARE | 25.00 | 1,300.00 |
| TOTAL PRE-TAX DEDUCTIONS | 64.66 | 3,362.32 |

| TOTAL MISC. DEDUCTIONS | 154.71 | 8,299.52 |

## FEDERAL TAXABLE INCOME

463.47    26,963.05

## 401K COMPANY MATCH

0.00    0.00

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 528.13 | 64.66 | 98.05 | 154.71 | 210.71 | 210.71 |
| Y-T-D | 30,325.37 | 3,362.32 | 6,008.08 | 8,299.52 | 12,655.45 |  |

# GIANT MARTIN'S

Giant Foods, Inc.
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 87079892
CHECK DATE: 01/04/2019
PERIOD START DATE: 12/23/2018
PERIOD END DATE: 12/29/2018

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 0.00 HOURS    SICK TIME AVAILABLE: N/A    PERSONAL TIME AVAILABLE: 0.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | HOLIDAY | 8.00 | 16.90 | 135.20 | 135.20 |
|  |  |  | REGULAR PAY | 23.75 | 16.90 | 401.38 | 401.38 |
| TOTAL HOURS & EARNINGS |  |  |  | 31.75 |  | 536.58 | 536.58 |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 60.02 | 60.02 |
| DENTL EMP CTRIB | 6.37 | 6.37 |
| VISION PLAN | 1.77 | 1.77 |
| TOTAL PRE-TAX DEDUCTIONS | 68.16 | 68.16 |

### FEDERAL TAXABLE INCOME

468.42    468.42

### 401K COMPANY MATCH

0.00    0.00

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 29.04 | 29.04 |
| FEDERAL W/H TAX | 43.71 | 43.71 |
| FICA-HI | 6.79 | 6.79 |
| PENNSYLVANIA | 14.38 | 14.38 |
| PA UNEMPLOYMENT | 0.32 | 0.32 |
| HAMBURG BORO BE | 4.68 | 4.68 |
| TOTAL TAX | 98.92 | 98.92 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 52.86 |
| VOL DISAB INS | 17.32 | 17.32 |
| SPOUSE LIFE | 13.80 | 13.80 |
| OPT/LST TAX | 1.00 | 1.00 |
| EMEE PD ADD ML | 0.83 | 0.83 |
| ACCIDENT INS | 6.03 | 6.03 |
| CRTCL ILLNESS | 15.03 | 15.03 |
| UNIVERSAL LIFE | 42.84 | 42.84 |
| UNITED WAY FIX | 5.00 | 5.00 |
| TOTAL MISC. DEDUCTIONS | 154.71 | 154.71 |

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 536.58 | 68.16 | 98.92 | 154.71 | 214.79 | 214.79 |
| Y-T-D | 536.58 | 68.16 | 98.92 | 154.71 | 214.79 |  |

# GIANT MARTIN'S

Giant Food Store
PO Box 249
Carlisle, PA 17013
1-800-843-5343

| | |
|---|---|
| CHECK NO: | 87098333 |
| CHECK DATE: | 01/11/2019 |
| PERIOD START DATE: | 12/30/2018 |
| PERIOD END DATE: | 01/05/2019 |

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 160.00 HOURS    SICK TIME AVAILABLE: N/A    PERSONAL TIME AVAILABLE: 32.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | HOLIDAY | 8.00 | 16.90 | 135.20 | 270.40 |
| | | | REGULAR PAY | 22.50 | 16.90 | 380.25 | 781.63 |

TOTAL HOURS & EARNINGS    30.50        515.45    1,052.03

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 60.02 | 120.04 |
| DENTL EMP CTRIB | 6.37 | 12.74 |
| VISION PLAN | 1.77 | 3.54 |

TOTAL PRE-TAX DEDUCTIONS    68.16    136.32

### FEDERAL TAXABLE INCOME
447.29    915.71

### 401K COMPANY MATCH
0.00    0.00

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 27.73 | 56.77 |
| FEDERAL W/H TAX | 41.17 | 84.88 |
| FICA-HI | 6.49 | 13.28 |
| PENNSYLVANIA | 13.73 | 28.11 |
| PA UNEMPLOYMENT | 0.31 | 0.63 |
| HAMBURG BORO BE | 4.47 | 9.15 |
| **TOTAL TAX** | **93.90** | **192.82** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 105.72 |
| VOL DISAB INS | 17.32 | 34.64 |
| SPOUSE LIFE | 13.80 | 27.60 |
| OPT/LST TAX | 1.00 | 2.00 |
| EMEE PD ADD ML | 0.83 | 1.66 |
| ACCIDENT INS | 6.03 | 12.06 |
| CRTCL ILLNESS | 15.03 | 30.06 |
| UNIVERSAL LIFE | 42.84 | 85.68 |
| UNITED WAY FIX | 5.00 | 10.00 |
| **TOTAL MISC. DEDUCTIONS** | **154.71** | **309.42** |

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 515.45 | 68.16 | 93.90 | 154.71 | 198.68 | **198.68** |
| Y-T-D | 1,052.03 | 136.32 | 192.82 | 309.42 | 413.47 | |

# GIANT MARTIN'S

Giant Food Stores, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 87116690
CHECK DATE: 01/18/2019
PERIOD START DATE: 01/06/2019
PERIOD END DATE: 01/12/2019

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

| VACATION TIME AVAILABLE : 160.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 32.00 HOURS |

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 270.40 |
|  |  |  | REGULAR PAY | 31.25 | 16.90 | 528.13 | 1,309.76 |
| TOTAL HOURS & EARNINGS |  |  |  | 31.25 |  | 528.13 | 1,580.16 |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 60.02 | 180.06 |
| DENTL EMP CTRIB | 6.37 | 19.11 |
| VISION PLAN | 1.77 | 5.31 |
| TOTAL PRE-TAX DEDUCTIONS | 68.16 | 204.48 |

### FEDERAL TAXABLE INCOME

| | 459.97 | 1,375.68 |

### 401K COMPANY MATCH

| | 0.00 | 0.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 28.52 | 85.29 |
| FEDERAL W/H TAX | 42.70 | 127.58 |
| FICA-HI | 6.67 | 19.95 |
| PENNSYLVANIA | 14.12 | 42.23 |
| PA UNEMPLOYMENT | 0.32 | 0.95 |
| HAMBURG BORO BE | 4.60 | 13.75 |
| TOTAL TAX | 96.93 | 289.75 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 158.58 |
| VOL DISAB INS | 17.32 | 51.96 |
| SPOUSE LIFE | 13.80 | 41.40 |
| OPT/LST TAX | 1.00 | 3.00 |
| EMEE PD ADD ML | 0.83 | 2.49 |
| ACCIDENT INS | 6.03 | 18.09 |
| CRTCL ILLNESS | 15.03 | 45.09 |
| UNIVERSAL LIFE | 42.84 | 128.52 |
| UNITED WAY FIX | 5.00 | 15.00 |
| TOTAL MISC. DEDUCTIONS | 154.71 | 464.13 |

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 528.13 | 68.16 | 96.93 | 154.71 | 208.33 | 208.33 |
| Y-T-D | 1,580.16 | 204.48 | 289.75 | 464.13 | 621.80 | |

# GIANT MARTIN'S

Giant Food Stores, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 87135028
CHECK DATE: 01/25/2019
PERIOD START DATE: 01/13/2019
PERIOD END DATE: 01/19/2019

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 160.00 HOURS    SICK TIME AVAILABLE: N/A    PERSONAL TIME AVAILABLE: 24.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 8.00 | 16.90 | 135.20 | 1,444.96 |
|  |  |  | LIGHT DUTY | 14.50 | 16.90 | 245.05 | 245.05 |
|  |  |  | HOL PERS DAY | 8.00 | 16.90 | 135.20 | 135.20 |
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 270.40 |

TOTAL HOURS & EARNINGS    30.50    515.45    2,095.61

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 27.73 | 113.02 |
| FEDERAL W/H TAX | 41.17 | 168.75 |
| FICA-HI | 6.48 | 26.43 |
| PENNSYLVANIA | 13.73 | 55.96 |
| PA UNEMPLOYMENT | 0.31 | 1.26 |
| HAMBURG BORO BE | 4.47 | 18.22 |
| TOTAL TAX | 93.89 | 383.64 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 211.44 |
| VOL DISAB INS | 17.32 | 69.28 |
| SPOUSE LIFE | 13.80 | 55.20 |
| OPT/LST TAX | 1.00 | 4.00 |
| EMEE PD ADD ML | 0.83 | 3.32 |
| ACCIDENT INS | 6.03 | 24.12 |
| CRTCL ILLNESS | 15.03 | 60.12 |
| UNIVERSAL LIFE | 42.84 | 171.36 |
| UNITED WAY FIX | 5.00 | 20.00 |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 60.02 | 240.08 |
| DENTL EMP CTRIB | 6.37 | 25.48 |
| VISION PLAN | 1.77 | 7.08 |

TOTAL PRE-TAX DEDUCTIONS    68.16    272.64

TOTAL MISC. DEDUCTIONS    154.71    618.84

### FEDERAL TAXABLE INCOME
447.29    1,822.97

### 401K COMPANY MATCH
0.00    0.00

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 515.45 | 68.16 | 93.89 | 154.71 | 198.69 | **198.69** |
| Y-T-D | 2,095.61 | 272.64 | 383.64 | 618.84 | 820.49 |  |

# GIANT MARTIN'S

Giant Food Stores, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 87153475
CHECK DATE: 02/01/2019
PERIOD START DATE: 01/20/2019
PERIOD END DATE: 01/26/2019

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 160.00 HOURS    SICK TIME AVAILABLE: N/A    PERSONAL TIME AVAILABLE: 16.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 0.00 | 16.90 | 0.00 | 1,444.96 |
|  |  |  | SICK PAY | 5.00 | 16.90 | 84.50 | 84.50 |
|  |  |  | LIGHT DUTY | 19.00 | 16.90 | 321.10 | 566.15 |
|  |  |  | HOL PERS DAY | 8.00 | 16.90 | 135.20 | 270.40 |
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 270.40 |

TOTAL HOURS & EARNINGS   32.00   540.80   2,636.41

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 29.31 | 142.33 |
| FEDERAL W/H TAX | 44.22 | 212.97 |
| FICA-HI | 6.86 | 33.29 |
| PENNSYLVANIA | 14.51 | 70.47 |
| PA UNEMPLOYMENT | 0.32 | 1.58 |
| HAMBURG BORO BE | 4.73 | 22.95 |
| TOTAL TAX | 99.95 | 483.59 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 264.30 |
| VOL DISAB INS | 17.32 | 86.60 |
| SPOUSE LIFE | 13.80 | 69.00 |
| OPT/LST TAX | 1.00 | 5.00 |
| EMEE PD ADD ML | 0.83 | 4.15 |
| ACCIDENT INS | 6.03 | 30.15 |
| CRTCL ILLNESS | 15.03 | 75.15 |
| UNIVERSAL LIFE | 42.84 | 214.20 |
| UNITED WAY FIX | 5.00 | 25.00 |
| TOTAL MISC. DEDUCTIONS | 154.71 | 773.55 |

### PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 60.02 | 300.10 |
| DENTL EMP CTRIB | 6.37 | 31.85 |
| VISION PLAN | 1.77 | 8.85 |
| TOTAL PRE-TAX DEDUCTIONS | 68.16 | 340.80 |

### FEDERAL TAXABLE INCOME

472.64   2,295.61

### 401K COMPANY MATCH

0.00   0.00

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 540.80 | 68.16 | 99.95 | 154.71 | 217.98 | 217.98 |
| Y-T-D | 2,636.41 | 340.80 | 483.59 | 773.55 | 1,038.47 |  |

# GIANT MARTIN'S

Giant Food Stores, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

| | |
|---|---|
| CHECK NO: | 87171733 |
| CHECK DATE: | 02/08/2019 |
| PERIOD START DATE: | 01/27/2019 |
| PERIOD END DATE: | 02/02/2019 |

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 160.00 HOURS    SICK TIME AVAILABLE: N/A    PERSONAL TIME AVAILABLE: 0.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 0.00 | 16.90 | 0.00 | 1,444.96 |
| | | | SICK PAY | 0.00 | 0.00 | 0.00 | 84.50 |
| | | | LIGHT DUTY | 15.75 | 16.90 | 266.18 | 832.33 |
| | | | HOL PERS DAY | 16.00 | 16.90 | 270.40 | 540.80 |
| | | | HOLIDAY | 0.00 | 0.00 | 0.00 | 270.40 |

TOTAL HOURS & EARNINGS    31.75    536.58    3,172.99

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 29.04 | 171.37 |
| FEDERAL W/H TAX | 43.71 | 256.68 |
| FICA-HI | 6.79 | 40.08 |
| PENNSYLVANIA | 14.38 | 84.85 |
| PA UNEMPLOYMENT | 0.32 | 1.90 |
| HAMBURG BORO BE | 4.68 | 27.63 |
| TOTAL TAX | 98.92 | 582.51 |

## MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 317.16 |
| VOL DISAB INS | 17.32 | 103.92 |
| SPOUSE LIFE | 13.80 | 82.80 |
| OPT/LST TAX | 1.00 | 6.00 |
| EMEE PD ADD ML | 0.83 | 4.98 |
| ACCIDENT INS | 6.03 | 36.18 |
| CRTCL ILLNESS | 15.03 | 90.18 |
| UNIVERSAL LIFE | 42.84 | 257.04 |
| UNITED WAY FIX | 5.00 | 30.00 |

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| DESCRIPTION | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 60.02 | 360.12 |
| DENTL EMP CTRIB | 6.37 | 38.22 |
| VISION PLAN | 1.77 | 10.62 |

TOTAL PRE-TAX DEDUCTIONS    68.16    408.96

TOTAL MISC. DEDUCTIONS    154.71    928.26

## FEDERAL TAXABLE INCOME

468.42    2,764.03

## 401K COMPANY MATCH

0.00    0.00

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 536.58 | 68.16 | 98.92 | 154.71 | 214.79 | 214.79 |
| Y-T-D | 3,172.99 | 408.96 | 582.51 | 928.26 | 1,253.26 | |

# GIANT MARTIN'S

Giant Food Stores, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 87189914
CHECK DATE: 02/15/2019
PERIOD START DATE: 02/03/2019
PERIOD END DATE: 02/09/2019

JACQUELINE E NEIDER
456 SOUTH 4TH ST
HAMBURG, PA 19526

GLOBAL ID: US00347579
HOURLY: 16.9000

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

| VACATION TIME AVAILABLE : 128.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL,REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 0.00 | 16.90 | 0.00 | 1,444.96 |
|  |  |  | VACATION | 32.00 | 16.90 | 540.80 | 540.80 |
|  |  |  | LIGHT DUTY | 0.00 | 0.00 | 0.00 | 832.33 |
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 270.40 |
|  |  |  | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 540.80 |
|  |  |  | SICK PAY | 0.00 | 0.00 | 0.00 | 84.50 |

| TOTAL HOURS & EARNINGS | 32.00 | 540.80 | 3,713.79 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 29.30 | 200.67 |
| FEDERAL W/H TAX | 44.22 | 300.90 |
| FICA-HI | 6.85 | 46.93 |
| PENNSYLVANIA | 14.51 | 99.36 |
| PA UNEMPLOYMENT | 0.33 | 2.23 |
| HAMBURG BORO BE | 4.73 | 32.36 |
| TOTAL TAX | 99.94 | 682.45 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SUPP EMPL LIFE | 52.86 | 370.02 |
| VOL DISAB INS | 17.32 | 121.24 |
| SPOUSE LIFE | 13.80 | 96.60 |
| OPT/LST TAX | 1.00 | 7.00 |
| EMEE PD ADD ML | 0.83 | 5.81 |
| ACCIDENT INS | 6.03 | 42.21 |
| CRTCL ILLNESS | 15.03 | 105.21 |
| UNIVERSAL LIFE | 42.84 | 299.88 |
| UNITED WAY FIX | 5.00 | 35.00 |

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

|  | AMOUNT | Y-T-D |
|---|---|---|
| MED EMP CTRIBTN | 60.02 | 420.14 |
| DENTL EMP CTRIB | 6.37 | 44.59 |
| VISION PLAN | 1.77 | 12.39 |
| TOTAL PRE-TAX DEDUCTIONS | 68.16 | 477.12 |

## FEDERAL TAXABLE INCOME

| 472.64 | 3,236.67 |

## 401K COMPANY MATCH

| 0.00 | 0.00 |

| TOTAL MISC. DEDUCTIONS | 154.71 | 1,082.97 |

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 540.80 | 68.16 | 99.94 | 154.71 | 217.99 | **217.99** |
| Y-T-D | 3,713.79 | 477.12 | 682.45 | 1,082.97 | 1,471.25 |  |