United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10821-amc
Jacqueline E. Neider                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 2          Date Rcvd: Jul 25, 2019
                         Form ID: 152     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
```
db            +Jacqueline E. Neider,    456 S. 4th St.,    Hamburg, PA 19526-1306
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Borough of Hamburg,    c/o Michael J. Gombar, Jr.,    Masano Bradley,
               1100 Berkshire Blvd., Suite 201,    Wyomissing, PA 19610-1221
cr            +Hamburg Municipal Authority,    Barley Snyder, LLP,    126 E. King Street,
               Lancaster, PA 17602-2893
14270736      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14270737      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14274303      +BAYVIEW LOAN SERVICING, LLC,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14288915       Borough of Hamburg,    Michael J. Gombar, Jr., Esquire,    Masano Bradley,    Suite 201,
               Wyomissing, PA 19610
14299099       Emergency Physician Associates of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
14270739      +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14293349      +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
               Wyomissing, PA 19610-1342
14270740      +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Independence Ctr.,
               Philadelphia, PA 19106-1541
14284471     ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
              (address filed with court: Met-Ed,    P.O. Box 16001,    Reading, PA 19612-6001)
14305623      +Met Ed,    101 Crawford’s Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
14288914      +Michael J. Gombar, Jr.,    1100 Berkshire Boulevard,    Suite 201,    Wyomissing, PA 19610-1221
14270742      +TD Bank USA/Target,    Po Box 673,    Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:22
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:42     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14270738      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 26 2019 03:22:43
               Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,    Coral Gables, FL 33146-1837
14310207      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 26 2019 03:22:43
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
14287150      +E-mail/Text: utilities@hamburgboro.com Jul 26 2019 03:22:38     Hamburg Municipal Authority,
               61 North 3rd Street,    Lancaster PA 19526-1501
14284470      +E-mail/Text: utilities@hamburgboro.com Jul 26 2019 03:22:38     Hamburg Municipal Authority,
               61 N. 3rd St.,    Hamburg, PA 19526-1501
14270741       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:24:49
               Portfolio Recovery Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
14310640       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:35:26
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14271411      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 03:23:30     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14284472      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2019 03:24:15
               T Mobile, by American Infosource,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14276859      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2019 03:24:15     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Jul 25, 2019
                              Form ID: 152             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Jacqueline E. Neider jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Hamburg Municipal Authority jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              MICHAEL J. GOMBAR, Jr.    on behalf of Creditor    Borough of Hamburg mgombar@masanobradley.com,
               sbortzel@masanobradley.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Jacqueline E. Neider
    Debtor(s)

Case No: 19−10821−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/19/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court