**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Jacqueline E. Neider           Case No.19-10821
Debtor(s)

Chapter: 13

**CERTIFICATION OF NO OBJECTION FILED**

    I, John A. DiGiamberardino, Esquire, attorney for debtor, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Application for Allowance of Counsel Fees is uncontested.

Dated:  12/26/19              **CASE & DIGIAMBERARDINO, P.C.**

                                          By:    s/John A. DiGiamberardino, Esquire
                                                  Attorney I.D. #41268
                                                  845 N. Park Road, Ste. 101
                                                  Wyomissing, PA  19610
                                                  (610) 372-9900
                                                  (610) 372-5469 -f ax
                                                  Attorney for Debtor