**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Jacqueline E. Neider                                        Case No.19-10821
       Debtor(s)

Chapter: 13

# ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,860.20 and advanced costs in the amount of $139.80.

BY THE COURT:

**Date: December 30, 2019**

_____
United States Bankruptcy Judge