United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-10821-amc
Jacqueline E. Neider                                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Dec 30, 2019
                              Form ID: pdf900          Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db             +Jacqueline E. Neider,    456 S. 4th St.,    Hamburg, PA 19526-1306
cr             +Borough of Hamburg,    c/o Michael J. Gombar, Jr.,    Masano Bradley,
                 1100 Berkshire Blvd., Suite 201,    Wyomissing, PA 19610-1221
cr             +Hamburg Municipal Authority,    Barley Snyder, LLP,    126 E. King Street,
                 Lancaster, PA 17602-2893

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2019 02:36:26      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Jacqueline E. Neider jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Hamburg Municipal Authority jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              MICHAEL J. GOMBAR, Jr.    on behalf of Creditor    Borough of Hamburg mgombar@masanobradley.com,
               sbortzel@masanobradley.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Jacqueline E. Neider                                  Case No.19-10821
       Debtor(s)

                                               Chapter: 13

## ORDER

      Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,860.20 and advanced costs in the amount of $139.80.

BY THE COURT:

**Date: December 30, 2019**

_____
United States Bankruptcy Judge