```
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10821-pmm
Jacqueline E. Neider                                                Chapter 13
        Debtor              CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: pdf900        Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db             +Jacqueline E. Neider,    456 S. 4th St.,    Hamburg, PA 19526-1306
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Borough of Hamburg,    c/o Michael J. Gombar, Jr.,    Masano Bradley,
                 1100 Berkshire Blvd., Suite 201,    Wyomissing, PA 19610-1221
cr             +Hamburg Municipal Authority,    Barley Snyder, LLP,    126 E. King Street,
                 Lancaster, PA 17602-2893
14270736       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14270737       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14274303       +BAYVIEW LOAN SERVICING, LLC,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14288915        Borough of Hamburg,    Michael J. Gombar, Jr., Esquire,    Masano Bradley,    Suite 201,
                 Wyomissing, PA 19610
14299099        Emergency Physician Associates of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
14270739       +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14293349       +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                 Wyomissing, PA 19610-1342
14270740       +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Independence Ctr.,
                 Philadelphia, PA 19106-1541
14284471      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,    P.O. Box 16001,    Reading, PA 19612-6001)
14305623       +Met Ed,    101 Crawford's Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
14288914       +Michael J. Gombar, Jr.,    1100 Berkshire Boulevard,    Suite 201,    Wyomissing, PA 19610-1221
14270742       +TD Bank USA/Target,    Po Box 673,    Minneapolis, MN 55440-0673
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 05:10:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2020 05:10:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14270738       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2020 05:10:33
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,    Coral Gables, FL 33146-1873
14310207       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2020 05:10:33
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
14287150       +E-mail/Text: utilities@hamburgboro.com Apr 03 2020 05:10:28     Hamburg Municipal Authority,
                 61 North 3rd Street,    Lancaster PA 19526-1501
14284470       +E-mail/Text: utilities@hamburgboro.com Apr 03 2020 05:10:28     Hamburg Municipal Authority,
                 61 N. 3rd St.,    Hamburg, PA 19526-1501
14270741        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 05:13:13
                 Portfolio Recovery Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
14310640        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 05:13:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14271411       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 05:13:41     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14284472       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 05:26:13
                 T Mobile, by American Infosource,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14276859       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 05:26:14     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-4           User: dlv              Page 2 of 2                   Date Rcvd: Apr 02, 2020
                               Form ID: pdf900        Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO     on behalf of Debtor Jacqueline E. Neider jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor   Hamburg Municipal Authority jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              MICHAEL J. GOMBAR, Jr.    on behalf of Creditor   Borough of Hamburg mgombar@masanobradley.com,
               sbortzel@masanobradley.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JACQUELINE E. NEIDER<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 19-10821-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*Patricia M. Mayer*

**Date: April 2, 2020**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE